UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
WALDIMIR CALVA, individually
and on behalf of others similarly situated,          CASE NO.: 1:23-cv-07414-MKB-CLP

        Plaintiff,

   v.

VLAD FINE CRAFT, INC., a New York
Corporation, and VLAD NIKABADZE,
an individual,

        Defendants.
------------------------------------------------------X

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion for Final Default Judgment against the Defendants, Vlad Fine Craft, Inc., and Vlad Nikabadze, were mailed to them via Certified Mail to their last known address on April 29, 2024.

DATED this **29th** day of **April,** 2024.

        Respectfully Submitted,

        **Law Offices of Nolan Klein, P.A.**
        *Attorneys for Plaintiff*
        5550 Glades Road, Suite 500
        Boca Raton, FL 33431
        PH: (954) 745-0588

        By: */s/ Nolan Klein*
        NOLAN KLEIN, ESQ.
        (NK4223)
        klein@nklegal.com
        amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **29th** day of **April,** 2024.

        By: */s/ Nolan Klein*
        NOLAN KLEIN, ESQ.
        (NK4223)

## SERVICE LIST:

**VLAD FINE CRAFT, INC.**
**2240 84th Street, Apt. D1**
**Brooklyn, NY 11214**

**VLAD NIKABADZE**
**2240 84th Street, Apt D1**
**Brooklyn, NY 11214**