UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
WALDIMIR CALVA, individually
and on behalf of others similarly situated,   CASE NO.: 1:23-cv-07414-MKB-CLP

       Plaintiff,

                                                **NOTICE OF MOTION**

   v.

VLAD FINE CRAFT, INC., a New York
Corporation, and VLAD NIKABADZE,
an individual,

       Defendants.
------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT**, in accordance with Rule 55(b)(2) of the Federal Rules of Civil Procedure 55(b)(2), Civil Rule 55.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and rule 4(G) of this Court's Individual Rules of Practice in Civil Cases, Plaintiff, through his undersigned counsel, moves for default judgement against Defendants Vlad Fine Craft, Inc., and Vlad Nikabadze.

       Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the Court may direct.

       Dated: April 29, 2024.

                                           Respectfully Submitted,

                                           **Law Offices of Nolan Klein, P.A.**
                                           *Attorneys for Plaintiff*
                                           5550 Glades Road, Suite 500
                                           Boca Raton, FL 33431
                                           PH: (954) 745-0588

                                           By:  */s/ Nolan Klein*
                                           NOLAN KLEIN, ESQ. (NK4223)
                                           klein@nklegal.com
                                           amy@nklegal.com

**TO:**

**VLAD FINE CRAFT, INC.**
**2240 84th Street, Apt. D1**
**Brooklyn, NY 11214**

**VLAD NIKABADZE**
**2240 84th Street, Apt D1**
**Brooklyn, NY 11214**