# EXHIBIT C

Case 1:23-cv-07414-MKB-CLP Document 16-3 Filed 04/29/24 Page 2 of 2 PageID #: 370
Case 1:23-cv-07414-MKB-CLP Document 6-3 Filed 12/28/23 Page 1 of 1 PageID #: 28

Job #: 1548165

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Client: LAW OFFICES OF NOLAN KLEIN, P.A.
Address: 1213 S.E. 3RD AVENUE FORT LAUDERDALE, FL 33316

| | |
|---|---|
| WALDIMIR CALVA INDIVDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED | Index Number: 23-CV-7414 |
| vs <br> *Plaintiff* | Client's File No.: calva bs vlad |
| VLAD FINE CRAFT INC A NEW YORK CORPORATION. AND VLAD NIKABADZE, AN INDIVIDUAL | Court Date: |
| *Defendant* | Date Filed: 10/06/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
DAINON WARD, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 12/15/2023, at 12:05 PM at: 2240 84TH STREET, APT. #D1, BROOKLYN, NY 11214 Deponent served the within Summons in a Civil Action, COMPLAINT

On: VLAD NIKABADZE, Defendant therein named.

☒ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: White | Color of hair: Bald | Glasses: |
|---|---|---|---|
| Age: 36-50 | Height: 6ft 1in - 6ft 5in | Weight: 201-250 Lbs | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

Sworn to before me on 12/15/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2027

DAINON WARD
DCA License # 2079049



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*