# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
- ------------------------------------------------------- X

WALDIMIR CALVA, *individually and on behalf of others similarly situated,*

        Plaintiff,

v.

VLAD FINE CRAFT INC., *a New York corporation*, and VLAD NIKABADZE *an individual,*

        Defendants.
- ------------------------------------------------------- X

CASE NO.:  1:23-cv-07414-MKB-CLP

**CLERK'S**
**CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on October 4, 2023, with the filing of a summons and complaint; a copy of the summons and complaint were properly served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant, VLAD NIKABADZE., on December 15, 2023 by delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein, and proof of such service on the said Defendant was filed on December 28, 2023. (D.E. 6)

I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant VLAD FINE CRAFT INC. is hereby noted.

Dated this **19th** day of **January,** 2024.

                BRENNA B. MAHONEY, Clerk of Court

                By: *Jalitza Poveda*
                      Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- ---------------------------------------------------------- X
WALDIMIR CALVA, *individually and on behalf of others similarly situated*,

       Plaintiff,

v.

VLAD FINE CRAFT INC., *a New York corporation*, and VLAD NIKABADZE *an individual,*

       Defendants.
- ---------------------------------------------------------X

CASE NO.: 1:23-cv-07414-MKB-CLP

**CLERK'S
CERTIFICATE OF DEFAULT**

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on October 4, 2023, with the filing of a summons and complaint; a copy of the summons and complaint were properly served, pursuant to Fed. R. Civ. P. 4(e)(1), on Defendant, VLAD FINE CRAFT INC., on November 27, 2023 by delivering to and leaving with Nancy Dougherty, AUTHORIZED AGENT in the Office of the Secretary of State of New York, and proof of such service on the said Defendant was filed on December 7, 2023. (D.E. 5)

I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant VLAD FINE CRAFT INC. is hereby noted.

Dated this **19th** day of **January,** 2024.

                                                             BRENNA B. MAHONEY, Clerk of Court

                                                      By: *Jalitza Poveda*
                                                             Deputy Clerk