UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WALDIMIR CALVA, Individually and on
behalf of others similarly situated,         CASE NO. 7:23-cv-07414-MKB-CLP

        Plaintiff,

  v.                                          **[PROPOSED] DEFAULT JUDGMENT**

VLAD FINE CRAFT INC., a New York
Corporation and VLAD NIKABADZE,
an individual,

        Defendants.
-------------------------------------------------------X

The summons and Complaint in this action having been duly served on the above-named Defendants VLAD FINE CRAFT, INC., and VLAD NIKABADZE, and said Defendants having failed to plead or otherwise defend this action, and said default having been duly noted, and upon the annexed Affidavit in support of entry of default judgment, with exhibits thereto;

NOW, on motion of by Order to Show Cause of the Law Offices of Nolan Klein, P.A., counsel for Plaintiff, it is hereby ORDERED, ADJUDGED, and DECREED:

That Plaintiff WALDIMIR CALVA have judgment against Defendants VLAD FINE CRAFT, INC., and VLAD NIKABADZE, in the sum of in the amount of **$14,755.75**. As demonstrated by evidence herein, this amount is comprised of (a) $4,755.75 in back wages and liquidated damages under the FLSA and NYLL; and (b) $10,000.00 in damages for violation of wage statement and wage notice requirements under New York law.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending,

2

whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

This Court reserves jurisdiction to award legal fees and costs.

**DATED**:

_____
**UNITED STATES DISTRICT JUDGE**