UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WALDIMIR CALVA,

                        Plaintiff,                            JUDGMENT

      v.

                                                        23-CV-7414 (MKB) (CLP)

VLAD FINE CRAFT INC. and
VLAD NIKABADZE,

                        Defendants.
----------------------------------------------------------------X

        An Order of Honorable Margo K. Brodie, United States District Judge, having been filed on March 14, 2025, adopting the Report and Recommendation of Magistrate Cheryl L. Pollak, dated February 11, 2025, granting in part and denying in part Plaintiff's motion for a default judgment; granting Plaintiff's motion for his unpaid overtime wage claims and awarding Plaintiff $4,674.46 in damages, including $2,337.23 in unpaid overtime wages and $2,337.23 in liquidated damages, and post-judgment interest pursuant to 28 U.S.C. § 1961; denying Plaintiff's motion for prejudgment interest and attorneys' fees and costs without prejudice; and dismissing Plaintiff's wage statement and notice and spread of hours claims as abandoned; it is

        ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted in part and denied in part; that Plaintiff's motion for his unpaid overtime wage claims is granted; that Plaintiff is awarded $4,674.46 in damages, including $2,337.23 in unpaid overtime wages and $2,337.23 in liquidated damages, and post-judgment interest pursuant to 28 U.S.C. § 1961; that s Plaintiff's motion for prejudgment interest and attorneys' fees and costs is denied without prejudice to renew provided Plaintiff submits a request for prejudgment interest and attorneys' fees and costs with supporting documentation as outlined in the R&R within fourteen days of the entry of this Order; and that Plaintiff's wage statement and notice and spread of hours claims are dismissed as abandoned.

Dated: Brooklyn, New York  
       March 17, 2025

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk